
USCA1 Opinion

	




      [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
                                
                 United States Court of Appeals
                     For the First Circuit
                                
                                



No. 97-2339

                        ERIC VIERA-NEGRON,

                      Plaintiff, Appellant,

                                v.

                    UNITED STATES OF AMERICA,

                       Defendant, Appellee.



           APPEAL FROM THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF PUERTO RICO

        [Hon. Juan M. Perez-Gimenez, U.S. District Judge]



                              Before

                      Boudin, Circuit Judge,
                 Coffin, Senior Circuit Judge,
                   and Lynch, Circuit Judge.
                                
                                


     Eric Viera-Negron on brief pro se.
     Guillermo Gil, United States Attorney, Nelson Perez-Sosa,
Antonio R. Bazan, Joseph Hoffer, Assistant United States Attorneys,
and Jose A. Quiles-Espinosa, Senior Litigation Counsel, on brief
for appellee.





June 2, 1998



                                
                                
            Per Curiam.  We have reviewed the parties' briefs and
    the  record on appeal.  We affirm the district court judgment
    dismissing appellant's motion filed pursuant to 28 U.S.C. 
    2255, essentially for the reasons stated in the magistrate-
    judge's report and recommendation, dated March 21, 1997, and
    the district court's opinion and order, dated September 8,
    1997.  We add only this.  Viera-Negron admitted to carrying the
    firearm on his person in a shoulder bag.  We do not think his
    claim raises any serious question about accessibility of the
    weapon.  See United States v. Cleveland, 106 F.3d 1056 (1st
    Cir. 1997), cert. granted.  We decline to consider the issues
    that appellant failed to present to the district court in this
     2255 motion and raised for the first time on appeal.  SeeUnited States v. Haggert, 980 F.2d 8, 10 (1st Cir. 1992).
              Affirmed.  See Loc. R. 27.1.

